```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANGEL DAVID MONCAYO,
TENEMPAGUAY,

                    Plaintiff,

        - against -

MICHAEL ANTHONY CAJIGAS et al.,

                  Defendants.
-------------------------------------------------------------X

24-CV-3395 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses the parties' status report and requests regarding fact discovery at Dkt. 18. The parties' requests are granted as follows: Fact discovery is extended to **March 1, 2025**. Party depositions shall be completed by **February 14, 2025**. Defendant has not indicated any attempt to follow up with Community Medical Imaging ("CMI") to inquire about status or expedite provision of medical records with respect to the authorization Plaintiff furnished more than seven months ago. Given that Defendant already has received the two MRI reports from Plaintiff, and the extent to which discovery previously has been extended, Defendant shall proceed with Plaintiff's deposition regardless of whether the records from CMI have been received.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 16, 2025
　　　　New York, New York

Copies transmitted this date to all counsel of record.