USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/3/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ANGEL DAVID MONCAYO
TENEMPAGUAY,

           **Plaintiff,**

    -against-

MICHALE ANTHONY CAJIGAS, SAUDER
TRANSPORT COMPANY, R.W. SAUDER,
INC, ALTERNATIVE RISK
UNDERWRITING, AND CANNON
COCHRAN MANAGEMENT SERVICES,
INC.,

           **Defendant.**

**24-cv-3395 (ALC)**

**ORDER OF**
**DISCONTINUANCE**

---

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice

to restoring the action to this Court's calendar if the application to restore the action is made

within thirty days.

**SO ORDERED.**

Dated:    February 3, 2026
         New York, New York

                                  **ANDREW L. CARTER, JR.**
                                  **United States District Judge**